**CARPAD, INC., and Steven Saylor, Plaintiffs–Appellants,**

v.

**AUTO CARE PRODUCTS, INC., and Richard I. Perlman, Defendants–Appellees.**

No. 2006–1362.

United States Court of Appeals, Federal Circuit.

Dec. 19, 2006.

MICHEL, Chief Judge, LOURIE and PROST, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.